## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | Craig D. Ostrom<br>Tracey K. Ostrom | Chapter 7 |
| | Debtor(s) | Case No. 12-35218-svk |

## MOTION TO DELAY THE ENTRY OF DISCHARGE

NOW COME the Debtors, Craig and Tracey Ostrom, by and through their attorney, Nathan I. Zimmermann of Zimmermann Law Offices, S.C., and hereby move the Court to delay the entry of a discharge for 14 days pursuant to Bankruptcy Rule 4004(c)(2).

The Debtors are in the process of negotiating a reaffirmation agreement and need additional time to file it with the court. The Debtors hereby move the Court to extend the deadline to file the remaining required documents to January 30, 2013.

Dated: January 16, 2013

ZIMMERMANN LAW OFFICES, S.C.

/s/ Nathan I. Zimmermann
Nathan I. Zimmermann
Attorney for Debtor
State Bar No.: 1079369

Drafted By:
Nathan I. Zimmermann
Zimmermann Law Offices, S.C.
8989 N. Port Washington Rd., Suite 208
Bayside, WI 53217
Phone: 414-352-1970
Facsimile: 414-352-6577
Email: Nathan@zimmermannlaw.com